Bryant Grover #1247722
Clements Unit
9601 Spur 591
Amarillo,TX 79107

66,515-04

June 29,2015

Mr. Michael F. Stauffacher
P.O. BOX 12308
Capitol Station
Austin,TX 78711

RE: 11.07 Writ No: WR- 66,515-04

Dear Sir,

I read an article by you in which you stated," Following the spirit of it's holding in Chabot, the Texas Court of Criminal Appeals in the 2010-2011 expanded it's jurisprudence involving the admission of false testimony during trial. After reading that, I researched the above case you cited, Ex parte Ghahremani and saw that the same A.D.A. in that case was the same A.D.A. who withheld evidence in my case (Jamey E. Harris) After doing more research I read Ex parte Chavez 371 SW 3d at 200 in which the Court ruled that Chavez was entitled to a subsequent writ under Tex.Code.Crim.Proc. 11.07 § 4(a), for Ex Parte Ghahremani was a new legal basis for filing the subsequent writ. Given this case law, I submitted a subsequent writ along with a 27 page memorandum & exhibit's(letters from the complainant and trial transcripts). The letters stated that the A.D.A. was told on the morining of my trial that the knife in evidence in which the A.D.A. used to convict me, was not used by me to threaten the complainant. The problem here is Harris County is denying me juridiction in violation of the courts rulings in the above cited cases and I am asking you to ,Please look at my application and writ and not to just throw it out based on Harris Countys errouneous ruling. I am not asking anyone to grant my writ, just to acknowledge that I have jurisdiction to file a subsequent writ under Tex.Code.Crim.Proc. 11.07 4(a) as ruled upon by the Texas Court of Criminal Appeals, and give me the chance that I deserve and that is to have my writ heard on the merits. Thank you very much for your time.

Bryant Grover # 1247722

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 07 2015

Abel Acosta, Clerk